■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v EDWARD H. COTTRELL et al., Appellants, et al., Defendants. (Appeal No. 2.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with memorandum in *Manufacturers & Traders Trust Co. v Cottrell* (80 AD2d 744). (Appeal from order of Erie County Court — foreclosure — receiver.) Present — Hancock, Jr., J. P., Doerr, Denman and Schnepp, JJ.